**2009–1410.  Damron v. CSX Transp., Inc.**
Montgomery App. No. 23025, 2009-Ohio-3638.

LUNDBERG STRATTON, J., dissents and would accept the appeal on Proposition of Law Nos. I, II, III, IV, and V.